CORPORATE RESOLUTION
OF
VALLEY GREEN LANDSCAPING, INC.

We, the undersigned, being all the Directors and Shareholders of Valley Green Landscaping, Inc., organized and existing under the laws of Virginia, and having its principal place of business at 5833 Lewis Lane, Falls Church, Virginia 22041 (the "Corporation"), hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Directors and Shareholders of the Corporation duly held and convened on April 06, 2018, at which a quorum of the Board of Directors was present and voting throughout, and that such resolution has not been modified, rescinded or revoked, and is at present in full force and effect:

Therefore, it is resolved:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Sheppard, Owner/President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David Sheppard, Owner/President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David Sheppard, Owner/President of this Corporation is authorized and directed to employ Ashvin Pandurangi 86966, attorney and the law firm of AP Law Group, PLC to represent the corporation in such bankruptcy case."

By affirmative votes noted as signatures below, a majority vote of the Members of Valley Green Landscaping, Inc. with authority to bind the Company approves the form and content of this resolution, to be effective immediately.

DIRECTORS

_____          4. 6. 2018
David Sheppard                          Date
President

SHAREHOLDERS

_____         4.6.2018
David Sheppard                                                                    Date
Owner

Circle this L.S. as there is no corporate seal.

## CERTIFICATE OF SECRETARY

The Secretary of the Corporation hereby certifies that he/she is the duly elected and qualified Secretary of Valley Green Landscaping, Inc. and certifies that the above is a true and correct record of the resolution that was duly adopted by the Directors and Shareholders of the Corporation on April 06, 2018.

_____
Cheryl Sheppard
Secretary