# United States Bankruptcy Court
### Eastern District of Virginia

In re **Valley Green Landscaping, Inc.** _____ Case No. __18-11216__

Debtor(s) Chapter __11__

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  *Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]**
- ☐ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☐ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☑ Schedule A/B – Property
- ☐ Schedule C – The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☐ Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)
- ☑ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  **($31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.) Check applicable statement(s):**
  - ☑ **Creditor(s) added** ☐ **Creditor(s) deleted**
  - ☐ **Change in amounts owed or classification of debt**
  - ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]**
  - ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☑ Schedule G – Executory Contracts and Unexpired Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Your Income
- ☐ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- ☐ Statement of Financial Affairs
- ☐ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ECF and first class mail, postage prepaid____.

Date: **May 24, 2018** _____

_____
 **Ashvin Pandurangi 86966**
 Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
 State Bar No.: **86966 VA**
 Mailing Address: **AP Law Group, PLC**
 **7777 Leesburg Pike**
 **Suite 402N**
 **Falls Church, VA 22043**
 Telephone No.: **5719696540**

[amendcs ver. 12/16]

**Fill in this information to identify the case:**

Debtor name   **Valley Green Landscaping, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **18-11216**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **M&T** | **Payroll Account** | 8133 | $487.00 |
| 3.2. | **M&T** | **Operating Account** | 8125 | $500.00 |
| 3.3. | **PNC Bank** | **Operating Account** | 0466 | $930.00 |
| 3.4. | **PNC Bank** | **Payroll Account** | 0474 | $300.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

| | |
| --- | --- |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $2,217.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(If known)* **18-11216** |
|---|---|---|
| | Name | |

---

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **ASUS laptop MS72** | $0.00 | Recent cost | $699.99 |
| | **B661 1565 - Power Spec (desktop computer)** | $0.00 | Recent cost | $719.97 |
| | **Acer AC 55LV laptop** | $0.00 | Recent cost | $499.00 |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $1,918.96 |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** ■ No | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(If known)* **18-11216** |
|---|---|---|
| | Name | |

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2018 Ford F350 Super Duty** | **$0.00** | **Appraisal** | **$51,000.00** |
| 47.2. | **2011 Ford Expedition EL** | **$0.00** | **Appraisal** | **$15,815.00** |
| 47.3. | **2000 Mack Truck (white)** | **$0.00** | **Comparable sale** | **$9,500.00** |
| 47.4. | **1990 L9000 Ford Truck (1998 seeder)** | **$0.00** | **Comparable sale** | **$5,500.00** |
| 47.5. | **1995 Ford L8000 Truck w/ water tank mount** | **$0.00** | **Comparable sale** | **$3,500.00** |
| 47.6. | **2001 Freightliner tractor/truck - white** | **$0.00** | **Comparable sale** | **$3,500.00** |
| 47.7. | **2003 F550 Ford Truck** | **$0.00** | **Comparable sale** | **$3,500.00** |
| 47.8. | **2005 Ford F250 P/U truck diesel** | **$0.00** | **Comparable sale** | **$3,200.00** |
| 47.9. | **2006 Ford F350 P/U** | **$0.00** | **Comparable sale** | **$2,850.00** |
| 47.10. | **2007 Ford F550** | **$0.00** | **Comparable sale** | **$6,500.00** |
| 47.11. | **2008 Ford F750 truck Chassis** | **$0.00** | **Comparable sale** | **$9,500.00** |
| 47.12. | **1970 Ford F800 truck w/ hydroseeder** | **$0.00** | **Comparable sale** | **$5,000.00** |
| 47.13. | **2003 F550 Ford Truck** | **$0.00** | **Comparable sale** | **$3,500.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | | Case number *(If known)* **18-11216** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 48.1. | **Hudson 18' 6 ton trailer** | $0.00 | **Expert** | $2,000.00 |
| 48.2. | **Haulmark Trailer 8x16 Green** | $0.00 | **Expert** | $2,000.00 |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Caterpillar 287C2** | $0.00 | **Expert** | $31,000.00 |
| | **Sthil Chain Saw MS311 20"** | $0.00 | **Recent cost** | $495.95 |
| | **4MIX Trimmer loop handle** | $0.00 | **Recent cost** | $329.95 |
| | **4MIX Trimmer loop handle** | $0.00 | **Recent cost** | $329.95 |
| | **Auger Head - attachment dingo** | $0.00 | **Replacement** | $2,000.00 |
| | **Kerosene Heater** | $0.00 | **Replacement** | $100.00 |
| | **Sthil Chain Saw 291 20"** | $0.00 | **Replacement** | $200.00 |
| | **Maxim Rotor Tiller - walk behind tiller - 5hp** | $0.00 | **Replacement** | $200.00 |
| | **Maxim Rotor Tiller 3.5 - walk behind tiller - 3.5hp** | $0.00 | **Replacement** | $100.00 |
| | **Kaw String Trimmer KTF-27B** | $0.00 | **Replacement** | $100.00 |
| | **Back Pack Blower** | $0.00 | **Replacement** | $250.00 |
| | **Lesco Spreader - stand-on and self-propelled** | $0.00 | **Replacement** | $1,500.00 |
| | **Blue Bird Edger** | $0.00 | **Expert** | $700.00 |
| | **50 Gallon sprayer w/ reel and hose - Sprayer P 50g 4hp Kaw er3/8x300** | $0.00 | **Expert** | $850.00 |
| | **Dingo all purpose tool** | $0.00 | **N/A** | $676.00 |
| | **Dingo 10" Auger Bit** | $0.00 | **N/A** | $382.00 |
| | **Dingo 24" Auger Bit** | $0.00 | **N/A** | $631.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Valley Green Landscaping, Inc.**                    Case number *(if known)*  **18-11216**
Name

| | | | |
|---|---|---|---|
| Dingo step-up platform | $0.00 | N/A | $425.00 |
| Dingo adjustible forks | $0.00 | N/A | $678.00 |
| Dingo tiller attachment | $0.00 | N/A | $2,500.00 |
| Dingo bucket tooth bar | $0.00 | N/A | $399.00 |
| Toro Dingo compact utility loader | $0.00 | Expert | $4,000.00 |
| Lesco 48" walk behind hydro mower | $0.00 | | $4,672.00 |
| Finn strawblower B260 | $0.00 | Expert | $5,000.00 |
| Gas trash pump | $0.00 | N/A | $350.00 |
| Suction Hose 20' | $0.00 | N/A | $65.52 |
| Boss 8' super duty snow plow | $0.00 | Expert | $1,100.00 |
| Tiller 5hp | $0.00 | N/A | $200.00 |
| Hiniker 7'6" snow plow | $0.00 | N/A | $1,100.00 |
| Ryan sod cutter | $0.00 | Expert | $1,500.00 |
| Rotor tiller attachment LT18B | $0.00 | Expert | $800.00 |
| Lesco 36" hydro mower | $0.00 | Expert | $500.00 |
| 24" Auger Bit | $0.00 | Expert | $200.00 |
| 12" Auger Bit | $0.00 | Expert | $200.00 |
| 36" Auger Bit | $0.00 | Expert | $200.00 |
| 36" Auger Bit | $0.00 | N/A | $199.00 |
| Toro 54" riding mower and catcher | $0.00 | Expert | $2,500.00 |
| ASV Sjuud Steer RC50 | $0.00 | Expert | $2,500.00 |

| Debtor | **Valley Green Landscaping, Inc.** | | Case number *(If known)* | **18-11216** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Auger head attachment | | $0.00 | Expert | $900.00 |
| --- | --- | --- | --- | --- |

| 51. | **Total of Part 8.** | $196,698.37 |
| --- | --- | --- |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(If known)* **18-11216** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,217.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,918.96 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $196,698.37 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $200,834.33 | + 91b.     $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $200,834.33 |

**Fill in this information to identify the case:**

Debtor name **Valley Green Landscaping, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **18-11216**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49,105.13** | **$1,500.61** |
|---|---|---|---|---|
| | **IRS**<br>**Attn: Bankruptcy**<br>**P.O. Box 931200**<br>**Kansas City, MO 64999** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8914** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Accident Fund**<br>**200 N. Grand Ave.**<br>**PO Box 40790**<br>**Lansing, MI 48901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **ACF Environmental**<br>**PO Box 758763**<br>**Baltimore, MD 21275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2018** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                53014                Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | Case number (if known) | **18-11216** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.05** |
|---|---|---|---|

**Alban Tractor Co. Inc.**
**Attn: Bankruptcy**
**PO Box 64251**
**Baltimore, MD 21264-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **8921**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,439.21** |
|---|---|---|---|

**American Express**
**Attn: Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,439.21** |
|---|---|---|---|

**American Express**
**Attn: Bankruptcy**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Natives Nursery Inc.**
**PO Box 246**
**Middle River, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bel Network Initgeration**
**PO Box 662**
**Chesterfield, VA 23832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,511.14** |
|---|---|---|---|

**CAT Financial**
**Attn: Bankruptcy**
**PO Box 330339**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2563**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,229.80** |
|---|---|---|---|

**Central Sod Farm**
**Attn: Bankruptcy**
**920 John Brown Rd.**
**NY 12617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(if known)* | **18-11216** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Cheryl Sheppard**
**5833 Lewis Lane**
**Falls Church, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,903.26** |
|---|---|---|---|

**Citibank**
**Attn: Bankruptcy**
**PO Box 6704**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6632**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,854.71** |
|---|---|---|---|

**Citibank**
**Attn: Bankruptcy**
**PO Box 6704**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6761**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,903.26** |
|---|---|---|---|

**Citibank/Costco**
**Attn: Bankruptcy**
**PO Box 790046**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6632**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,511.14** |
|---|---|---|---|

**Commercial Account**
**Attn: Bankruptcy**
**PO Box 330339**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2536**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cook Craig & Francuzenko PLLC**
**3050 Chain Bridge Road**
**Suite 200**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**David Sheppard**
**5833 Lewis Lane**
**Falls Church, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Valley Green Landscaping, Inc.** | | Case number (if known) | **18-11216** |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$931.76** |
|---|---|---|---|

**Exxon Mobil**
**Attn: Bankruptcy**
**PO Box 6404**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __1783__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,941.33** |
|---|---|---|---|

**Financial Services**
**Attn: Bankruptcy**
**PO Box 340001**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __1667__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GreenSource Direct Inc.**
**102 East Lee Rd.**
**Taylors, SC 29687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harrell & Chambliss LLP**
**707 East Main Street**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Helen Sheppard**
**3526 Lacy Blvd.**
**Falls Church, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,903.08** |
|---|---|---|---|

**Home Depot Credit Services**
**Attn: Bankruptcy**
**PO Box 790345**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __0283__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kurt Bluemel Inc.**
**2740 Green Lane**
**Baldwin, MD 21013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Valley Green Landscaping, Inc.** | | Case number (if known) | **18-11216** |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.88 |
|---|---|---|---|
| | **Landscape Supply**<br>**Attn: Bankruptcy**<br>**PO Box 12706**<br>**Roanoke, VA 24027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **3712** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|
| | **Martin & Gass**<br>**Attn: Bankruptcy**<br>**6433 General Green Way**<br>**Alexandria, VA 22312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **8921** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | **Matrix Management Consulting**<br>**7902 Southford Terrace**<br>**Chesterfield, VA 23832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mickle Lawn Service**<br>**4031 Cliaborne Plantation Way**<br>**Fredericksburg, VA 22408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Milligan & Co. LLC**<br>**104 N. 22nd Street**<br>**Philadelphia, PA 19103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.92 |
|---|---|---|---|
| | **Office Depot**<br>**Attn: Bankruptcy**<br>**PO Box 790449**<br>**Saint Louis, MO 63179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **0493** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,743.82 |
|---|---|---|---|
| | **PNC Bank**<br>**Attn: Bankruptcy**<br>**2730 Liberty Ave.**<br>**Pittsburgh, PA 15222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  **9011** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Valley Green Landscaping, Inc.** | | Case number (if known) | **18-11216** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ProEst Software**
**17065 Camino San Bernardo**
**Suite 150**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Remington Mulch**
**PO Box 2382**
**Merrifield, VA 22116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1308**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $407.04 |
|---|---|---|---|

**Sanijohn Services Inc.**
**Attn: Bankruptcy**
**PO Box 1386**
**Beltsville, MD 20704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5704**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Selective Insurance**
**6 North Park Drive**
**Suite 200**
**Cockeysville, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,552.59 |
|---|---|---|---|

**Shell Fleet**
**Attn: Bankruptcy**
**PO Box 6406**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1794**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,903.20 |
|---|---|---|---|

**Small Business Adminstration**
**Attn: SBA/Bankruptcy**
**801 Tom Martin Dr. #120**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.49 |
|---|---|---|---|

**Sprint**
**Attn: Bankruptcy**
**PO Box 629023**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0212**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Valley Green Landscaping, Inc.** | Case number (if known) | **18-11216** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State Farm**
PO Box 2371
Bloomington, IL 61702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Concordia Dental**
11311 McCormick Ep 4 Rd
#170
Hunt Valley, MD 21031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,733.59 |
|---|---|---|---|

**United Healthcare Insurance**
185 Asylum Street - 03B
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vision Service Plan**
PO Box 742430
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,390.43 |
|---|---|---|---|

**Wells Fargo**
Attn: Bankruptcy
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **6004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,094.29 |
|---|---|---|---|

**Wells Fargo**
Attn: Bankruptcy
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **4404**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| Debtor | **Valley Green Landscaping, Inc.** | | Case number (if known) | **18-11216** |
|--------|-----------------------------------|---|---|---|
| | Name | | | |

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 49,105.13 |
| **5b. Total claims from Part 2** | 5b. + $ | 169,493.20 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 218,598.33 |

**Fill in this information to identify the case:**

Debtor name      **Valley Green Landscaping, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **18-11216**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
□ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Ground Maintenance - Option Year 3 - $7,709.37** | |
| State the term remaining | **12 months** | |
| List the contract number of any government contract | | **Defense Acquisition University 5565, 9820 Belvoir Rd. Fort Belvoir, VA 22060** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lawn Mowing - $5,000** | |
| State the term remaining | **6 months** | |
| List the contract number of any government contract | | **Edgington Court HOA 5833 Lewis Lane Falls Church, VA 22041** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Restoration Jobs (Northern Virginia) - $750/job** | |
| State the term remaining | **Open Contract** | |
| List the contract number of any government contract | | **Homeserve USA 601 Merritt 7 Norwalk, CT 06851** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Landscaping (Fairfax County) - $56,000** | |
| State the term remaining | **2 years** | |
| List the contract number of any government contract | | **Judlau Contracting Inc. 26-15 Ulmer Street Flushing, NY 11354** |

| Debtor 1 | **Valley Green Landscaping, Inc.** | | | Case number *(if known)* | **18-11216** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vegetation Maintenance - $84,000** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **RSG Landscaping** |
| | List the contract number of any government contract | | **1621 Crews Shop Rd.** |
| | | | **Concord, VA 24538** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Maintenance - $6,400 annual** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Transurban, LLC** |
| | List the contract number of any government contract | | **6440 General Green Way** |
| | | | **Alexandria, VA 22312** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Valley Green Landscaping, Inc.** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA |
| Case number (if known)  **18-11216** |

■ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $65,746.48 |
    | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $809,882.00 |
    | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $453,681.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

| Debtor | **Valley Green Landscaping, Inc.** | | | Case number *(if known)* **18-11216** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Mickels Lawn** | **1/10, 2/10, 3/10** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David Sheppard**<br>**5833 Lewis Lane**<br>**Falls Church, VA 22041**<br>**Owner** | | **$23,000.00** | **Salary** |
| 4.2. **Cheryl Sheppard**<br>**5833 Lewis Lane**<br>**Falls Church, VA 22041**<br>**Vice President** | | **$36,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Remax Allegiance**<br>**c/o Gelber & Associates**<br>**201 Park Washington Court, F1**<br>**Falls Church, VA 22046** | **Levied two vehicles (Ford F350 and Ford Expedition)**<br>Last 4 digits of account number: _____ | **3/14/18** | **Unknown** |

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | | | Case number *(if known)*  **18-11216** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Allegiance Realty Partners LLC v. Valley Green Landscaping, Inc.**<br>**CL201703618** | **Garnishment/Levy** | **Fairfax Circuit Court**<br>**4110 Chain Bridge Road**<br>**Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Redeemed Church of Christ**<br>**4 East Oak St.**<br>**Alexandria, VA 22301** | **Check** | **08/1/2017** | **$1,300.00** |
| | Recipients relationship to debtor<br>**Church** | | | |

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Valley Green Landscaping, Inc.** | | Case number *(if known)* | **18-11216** |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **AP Law Group, PLC**<br>**7777 Leesburg Pike**<br>**Suite 402N**<br>**Falls Church, VA 22043** | **Attorney Fees** | **4/5/18** | **$7,500.00** |
| | Email or website address<br>**ap@aplawg.com** | | | |
| | Who made the payment, if not debtor?<br>**Neighbor** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(if known)* **18-11216** |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(if known)* **18-11216** |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **David Sheppard
5833 Lewis Lane
Falls Church, VA 22041** | **01/1989-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26b.1. | **Milligan and Company
105 N 2nd St.
Philadelphia, PA 19123** | **01/2014-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Valley Green Landscaping, Inc.** | Case number *(if known)* **18-11216** |
|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Freedom Bonding**<br>**PO Box 1513**<br>**Suite 2**<br>**Sykesville, MD 21784** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Sheppard | 5833 Lewis Lane<br>Falls Church, VA 22041 | Owner/President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cheryl Sheppard | 5833 Lewis Lane<br>Falls Church, VA 22041 | Vice President/Secretary | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Cheryl Sheppard**<br>**5833 Lewis Lane**<br>**Falls Church, VA 22041** | **Salary - $38,500** | **04/2017-04/20 18** | **Salary for employment with debtor.** |
| | **Relationship to debtor**<br>**Vice President** | | | |

Debtor   **Valley Green Landscaping, Inc.**                                    Case number *(if known)*   **18-11216**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 24, 2018**

**/s/ David Sheppard**                                            **David Sheppard**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Owner/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Valley Green Landscaping, Inc.**

Debtor(s)

Case No.   **18-11216**

Chapter   **11**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing amendment and that it is true and correct to the best of my information and belief.

Date   **May 24, 2018**

Signature   **/s/ David Sheppard**

**David Sheppard**

**Owner/President**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy