**U.S. Trustee Monthly Operating Report**

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name: | **VALLEY GREEN LANDSCAPING, INC** |
| United States Bankruptcy court for: | District of |
| Case Number: | **18-11216-BFK** |

Check if this is an amended filing.

**Official Form 425C**

**Monthly Operating Report for Small Business Under Chapter 11**

| Month: | **Feb-19** | Date Report Filed: | **3/20/2019** |
|---|---|---|---|
| | | | MM/DD/YYYY |
| Line of Business: | **LANDSCAPE CONTRACTOR** | NAISC Code: | **561730** |

**IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.**

| DAVID SHEPPARD | 3/20/2019 |
|---|---|
| **ORIGINAL SIGNATURE OF RESPONSIBLE PARTY** | **DATE REPORT SIGNED** |

**DAVID SHEPPARD  PRESIDENT**
**PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR**

**1. QUESTIONNAIRE:**

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**IF YOU ANSWER *NO* TO ANY QUESITONS IN LINES 1-9, ATTACH AN EXPLANATION AND LABEL IT *EXHIBIT A*.**

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1 | DID THE BUSINESS OPERATE DURING THE ENTIRE REPORTING PERIOD? | X | | |
| 2 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |
| 3 | HAVE YOU PAD ALL OF YOUR BILLS ON TIME? | x | | |
| 4 | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | | |
| 5 | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO DEBTOR IN POSSESSION (DIP) ACCOUNTS? | X | | |
| 6 | HAVE YOU TIMELY FILED YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES? | X | | |
| 7 | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | | |
| 8 | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENTS TO THE U.S. TRUSTEE OR BANKRUPTCY ADMINISTRATOR? | X | | |
| 9 | HAVE YOU TIMELY PAID ALL OF YOUR INSURANCE PREMIUMS? | X | | |
| **IF YOU ANSWER *YES* TO ANY OF THE QUESTIONS IN LINES 10-18, ATTACH AN EXPLANATION AND LABEL IT *EXHIBIT B*.** | | | | |
| | | YES | NO | N/A |
| 10 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X | |
| 11 | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY? | | | |

| 12 | HAVE YOU SOLD OR TRANSFERRED ANY ASSETS OR PROVIDED SERVICES TO ANYONE RELATED TO THE DIP IN ANY WAY? | | X | |
| 13 | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY? | | X | |
| 14 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES? | | X | |
| 15 | HAVE YOU BORROWED MONEY FROM ANYONE OR HAS ANYONE MADE ANY PAYMENTS ON YOUR BEHALF? | | X | |
| 16 | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS? | | X | |
| 17 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | X | | |
| 18 | HAVE YOU ALLOWED ANY CHECKS TO CLEAR THE BANK THAT WERE ISSUED BEFORE YOU FILED BANKRUPTCY? | | X | |

## 2. SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS

19     **Total opening balance of all accounts**                                            $51,169.47

This amount must equal what you reported as cash on hand at the end of the month in the previous month.  If this is your first report, report the total cash on hand as of the date of the filing of this case.

20     **Total Cash Receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*.  Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                     $171,623.34

21     **Total Cash Disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*.  List the date paid, payee, purpose, and amount.  Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf.  Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                     $64,808.68

22     **Net Cash Flow**                                              $106,814.66

Subtract line 21 from 20 and report the result her.  This amount may be different from what you may have calculated as net profit.

23     **Cash on hand at the end of the month**                         $157,984.13

Add line 22 + line 19.  Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. UNPAID BILLS

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.  Label it *Exhibit E*.  Include the date the debt was incurred, who is owed the money, the purspose of the debt, and when the debt is due.  Report the total from *Exhibit E* here.

| 24 | **Total Payables** | $128,599.13 |
|---|---|---|

*(Exhibit E)*

## 4.  MONEY OWED TO YOU

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold.  Include amounts owed to you both before, and after you filed bankruptcy.  Label it Exhibit F.  Identify who owes you money, how much is owed, and when payment is due.  REport the total from Exhibit F here.

| 25 | **Total Receivables** | $46,316.19 |
|---|---|---|

(Exhibit F)

## 5.  EMPLOYEES

| 26 | What was the number of employees when the case was filed? | 4 |
|---|---|---|
| 27 | What is the number of employees as of the date of this report? | 12 |

## 6.  PROFESSIONAL FEES

| 28 | How much have you paid this month in professional fees related to this bankruptcy case? | $4,875.00 |
|---|---|---|
| 29 | How much in professional fees related to this bankruptcy case since the case was filed? | $18,640.48 |
| 30 | How much have you paid this month in other professional fees? | $4,875.00 |
| 31 | How much have you paid in total other professional fees since filing this case? | $4,650.00 |

## 7.  PROJECTIONS

Compare your actual cash receipts and disbursements to what you projected in the previous month.  Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|---|
| | | **Projected** Copy lines 35-37 from the previous month's report. | | **Actual** Copy lines 20-22 of this report. | | **Difference** Subtract Column B from Column A. |
| 32 | **Cash Receipts** | $195,000.00 | - | $171,623.34 | = | $23,376.66 |
| 33 | **Cash Disbursements** | $189,000.00 | - | $64,808.68 | = | $124,191.32 |
| 34 | **Net Cash Flow** | $6,000.00 | - | $106,814.66 | = | ($100,814.66) |

| 35 | Total projected cash receipts for the next month: | $195,000.00 |
|---|---|---|
| 36 | Total projected cash disbursements for the next month: | $189,000.00 |
| 37 | Total projected net cash flow for the next month: | $6,000.00 |

**8. ADDITIONAL INFORMATION**

If available, check the box to the left and attach copies of the following documents.

38 ☒ Bank statements for each open account (redact all but the last 4 digits of the account numbers.

39 ☒ Bank reconciliation reports for each account including list of outstanding checks.

40 ☐ Financial reports such as an income statement (profit/loss), balance sheet, and cash flow statement.

41 ☐ Budget, projection, or forecast reports.

42 ☐ Project, job costing, or work-in-progress reports.

**RECONCILIATION OF CASH DISBURSEMENTS**

**CASH DISBURSEMENTS PER FORM 4A-2**                         23,129.34
**CASH DISBURSEMENTS PER SUM OF FORM 4A-3**                   9,580.26
**CASH DISBURSEMENTS PER FORM 4D**                           32,099.08

**DEBTOR:**  VALLEY GREEN LANDSCAPING, INC        **CASE NO:**  18-11216-BFK

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2

For Period:  02/01/19  to  02/28/19

**CASH FLOW SUMMARY**

| | | Current Month | Accumulated |
|---|---|---|---|
| 1. Beginning Cash Balance | $ | 51,169.47 (1) $ | 0.00 (1) |
| **2. Cash Receipts** | | | |
| Operations | | 171,623.34 | 1,617,130.26 |
| Sale of Assets   NOTE: See (B) Below: | | 0.00 | 34,000.00 |
| Loans/advances | | 0.00 | 1,200.00 |
| Other | | 0.00 | 16.40 |
| **Total Cash Receipts** | $ | 171,623.34 | $ 1,652,346.66 |
| **3. Cash Disbursements** | | | |
| Operations | $ | 57,978.51 | $ 1,422,122.99 |
| Debt Service/Secured loan payment | | 1,955.17 | 24,453.94 |
| Professional fees/U.S. Trustee fees | | 4,875.00 | 18,640.48 |
| Payments made from asset sale:  NOTE: See (C) Below. | | 0.00 | 2,959.07 |
| Other | | | 26,186.05 |
| **Total Cash Disbursements** | $ | 64,808.68 | $ 1,494,362.53 |
| 4. Net Cash Flow (Total Cash Receipts less **Total Cash Disbursements)** | $ | 106,814.66 | $ 157,984.13 |
| **5 Ending Cash Balance** | $ | 157,984.13 (2) $ | 157,984.13 (2) |

**CASH BALANCE SUMMARY See Note (A) below.**

| | | | Book |
|---|---|---|---|
| Petty Cash | | $ | |
| DIP Operating Account | Operating Accounts | $ | 149,795.97 |
| DIP State Tax Account | | $ | |
| DIP Payroll Account | Payroll Accounts | $ | 8,188.16 |
| Other Operating Account | | $ | |
| Other Interest-bearing Account | | $ | |
| **TOTAL (must agree with Ending Cash Balance above)** | | $ | 157,984.13 (2) |
| **Variance between Ending Cash Balance and Ending Book Balances:** | | | 0.00 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(B) This figure should include the gross amount the seller receives from the sale.  On a HUD-1, this would be line 420.*
*(C) This figure should include all reductions paid by the debtor for the sale of asset(s).  On a HUD-1, this would be line 520.*
*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.*
*     Current month beginning cash balance should equal the previous month's ending balance.*
*(2)  All cash balances should be the same.*

**DEBTOR:**     VALLEY GREEN LANDSCAPING, INC          **CASE NO:**          18-11216-BFK

## Form SB-3
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
**FOR THE PERIOD 02/01/2019 to 02/28/2019**

**CASH RECEIPTS DETAIL**               **Account No:**          8125 8133 8232 8216
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 2/4/2019 | LANE CONSTRUCTION | CONTRACT SERVICE | 7,172.68 |
| 2/6/2019 | DEPT OF THE ARMY | CONTRACT SERVICE | 1,010.00 |
| 2/13/2019 | HOMESERVE | RESTORATION CONTRACT | 2,000.00 |
| 2/13/2019 | FT BELVOIR DAU | CONTRACT SERVICE | 7,940.66 |
| 2/25/2019 | HOMESERVE | RESTORATION CONTRACT | 2,000.00 |
| 2/25/2019 | HOMESERVE | RESTORATION CONTRACT | 2,000.00 |
| 2/27/2019 | DLA | MAINTENANCE CONTRACT | 149,500.00 |

**Total Cash Receipts**          $     **171,623.34** (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on Form SB-2.*

**DEBTOR:**     **VALLEY GREEN LANDSCAPING, INC**                    **18-11216-BFK**

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
#### FOR THE PERIOD 02/01/2019 to 02/28/2019

**CASH DISBURSEMENTS DETAIL**                    **Account No:**    **8125 OP**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/1/2019 | | EVO | BANK FEE | 259.47 |
| 2/7/2019 | | DAVID SHEPPARD | JOB MATERIAL | 550.00 |
| 2/12/2019 | | SELECTIVE INSURANCE | INSURANCE | 1,888.00 |
| 2/15/2019 | | INTERNAL REVENUE | LIABILITY | 2,727.80 |
| 2/6/2019 | | JOHN MICKLE | SUBCONTRACTOR | 320.00 |
| 2/1/2019 | 3347 | EYE TRUCKING | FREIGHT | 637.50 |
| 2/1/2019 | 3348 | LABCORP | ADMINISTRATIVE | 47.75 |
| 2/1/2019 | 3349 | EVA | MEMBER DUES | 45.90 |
| 2/1/2019 | 3350 | FAIRFAX WATER | UTILITIES | 25.00 |
| 2/1/2019 | 3351 | U.S TRUSTEE | PROFESSIONAL EXPENSE | 1,625.00 |
| 2/1/2019 | 3352 | SERVICE AUTHORITY | VGL EQUIPMENT | 34.75 |
| 2/1/2019 | 3353 | SPRINT | TELEPHONE | 389.31 |
| 2/5/2019 | 3354 | FORD MOTOR CREDIT | FORD TRUCK | 1,148.70 |
| 2/14/2019 | | BP | FUEL | 225.00 |
| 2/5/2019 | 3355 | CATERPILLAR FINANCIAL | CATERPILLER FINANCE | 806.47 |
| 2/5/2019 | 3356 | CENTRAL SOD FARM | JOB MATERIAL | 1,351.00 |
| 2/5/2019 | 3357 | COX COMMUNICATION | OFFICE | 321.30 |
| 2/12/2019 | 3358 | REMINGTON MULCH | JOB MATERIAL | 107.59 |
| 2/12/2019 | 3359 | SANTOS SAUCEDO | EQUIPMENT MAINTENCE | 550.00 |
| 2/13/2019 | 3360 | MICKLE LAWN SVC | SUBCONTRACTOR | 4,000.00 |
| 2/13/2019 | 3361 | MILITARY PUBLICATION | ADMINISTRATIVE | 695.00 |
| 2/13/2019 | 3362 | U.S. TRUSTEE | PROFESSIONAL EXPENSE | 3,250.00 |
| # 2/8/2019 | | M&T BANK | BANK FEE | 3.80 |
| 2/26/2019 | | SBA | LOAN PAYMENT | 232.00 |
| 2/26/2019 | | SELECTIVE INSURANCE | INSURANCE | 1,888.00 |

$    **$23,129.34**  (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:**     **VALLEY GREEN LANDSCAPING, INC**     **18-11216-BFK**

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**     **Account No:**     **8216**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | | Amount |
|------|-----------|-------|----------------------|---|--------|
| 2/1/2019 | | PRODUCTIVITY PLUS | JOB MATERIAL | | 9,500.26 |
| 1/31/2019 | | M&T | BANK FEE | $ | 80.00 |

**Total Cash Disbursement** $ **$9,580.26**

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1)  Total for all accounts should agree with total cash disbursements listed on Form SB-2*

**DEBTOR:**  VALLEY GREEN LANDSCAPING, INC  18-11216-BFK

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**  **Account No:**  8133 8216 PR
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 2/1/2019 | 4249 | ALFARO, JUAN A. | PAYCHECK | 133.14 |
| 2/1/2019 | 4250 | LINARES, MAURICIO | PAYCHECK | 147.76 |
| 2/1/2019 | 4251 | SHEPPARD, CHERYL L | PAYCHECK | 614.73 |
| 2/1/2019 | 4252 | SHEPPARD, MATTHEW D | PAYCHECK | 821.98 |
| 2/4/2019 | 4253 | SHEPPARD, DAVID B. | PAYCHECK | 2,315.55 |
| 2/8/2019 | 4254 | ALFARO, JUAN A. | PAYCHECK | 156.77 |
| 2/8/2019 | 4255 | SHEPPARD, CHERYL L | PAYCHECK | 614.75 |
| 2/8/2019 | 4256 | SHEPPARD, MATTHEW D | PAYCHECK | 821.99 |
| 2/15/2019 | 4257 | ALFARO, JUAN A. | PAYCHECK | 373.59 |
| 2/15/2019 | 4258 | LINARES, MAURICIO | PAYCHECK | 118.20 |
| 2/15/2019 | 4259 | ROBINSON, ANTONIO L. | PAYCHECK | 177.30 |
| 2/15/2019 | 4260 | SHEPPARD, CHERYL L | PAYCHECK | 614.74 |
| 2/15/2019 | 4261 | SHEPPARD, MATTHEW D | PAYCHECK | 821.97 |
| 2/22/2019 | 4263 | ALFARO, JUAN A. | PAYCHECK | 227.65 |
| 2/22/2019 | 4264 | LINARES, MAURICIO | PAYCHECK | 260.98 |
| 2/22/2019 | 4265 | SHEPPARD, CHERYL L | PAYCHECK | 614.74 |
| 2/22/2019 | 4266 | SHEPPARD, MATTHEW D | PAYCHECK | 821.99 |
| 2/1/2019 | | CORPORATE PAYROLL | ADMINISTRATIVE | 54.75 |
| 2/1/2019 | | DLA PAYROLL | INTERNAL REVENUE | 3,578.14 |
| 2/9/2019 | | PRICE AMPARA, ALDA | PAYCHECK | 815.82 |
| 2/9/2019 | | GUERVARA VELASQUEZ | PAYCHECK | 1,759.35 |
| 2/9/2019 | | BENSALAH, ABDELHAI | PAYCHECK | 2,252.55 |
| 2/9/2019 | | TORRES BANEGAS, AR | PAYCHECK | 1,261.26 |
| 2/9/2019 | | GUERVARA VELASQUEZ | PAYCHECK | 1,681.62 |
| 2/15/2019 | | CORPORATE PAYROLL | ADMINISTRATIVE | 54.75 |
| 2/15/2019 | | DLA PAYROLL | INTERNAL REVENUE | 3,774.10 |
| 2/23/2019 | 20091 | PRICE AMPARA, ALDA | PAYCHECK | 815.82 |
| 2/23/2019 | 20092 | BENSALAH, ABDELHAI | PAYCHECK | 2,252.54 |
| 2/23/2019 | 20093 | GUERVARA VELASQUEZ | PAYCHECK | 1,602.87 |
| 2/23/2019 | 20094 | GUERVARA VELASQUEZ | PAYCHECK | 1,338.64 |
| 2/23/2019 | 20095 | TORRES BANEGAS, AR | PAYCHECK | 1,199.04 |
| | | | | |
| | | | | |
| | | | | |

**Total Cash Disbursements** $  $32,099.08

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** VALLEY GREEN LANDSCAPING, INC. Document   Page 1 of 1 CASE NO:   18-11216-BFK

**Form SB-5**
## COMPARATIVE BALANCE SHEET
**For Period Ended:** 02/28/19

| | | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| *ASSETS* | | | | |
| **Current Assets:** | | | | |
| Cash and Cash Equivalents (from Form 2-B, line 5) | $ | 157,984.13 | $ | (80.00) |
| Accounts Receivable (from Form 2-E) | | 46,316.19 | | 19,414.41 |
| Receivable from Officers, Employees, Affiliates | | 5,977.61 | | |
| Inventory | | 8,100.00 | | 8,100.00 |
| Other Current Assets :(List) | | | | 5,977.61 |
| | | | | |
| | | 0.00 | | 1,393.24 |
| **Total Current Assets** | $ | 218,377.93 | $ | 34,805.26 |
| **Fixed Assets:** | | | | |
| Land | $ | | $ | |
| Building | | | | |
| Equipment, Furniture and Fixtures | | 786,554.22 | | 874,324.11 |
| **Total Fixed Assets** | $ | 786,554.22 | $ | 874,324.11 |
| Less: Accumulated Depreciation | ( | 693,134.99 ) | ( | 772,750.88 ) |
| **Net Fixed Assets** | $ | 93,419.23 | $ | 101,573.23 |
| Other Assets (List): Truck Sale Loan Due | | 11,790.00 | | 0.00 |
| | | 0.00 | | 0.00 |
| **TOTAL ASSETS** | $ | 323,587.16 | $ | 136,378.49 |
| *LIABILITIES* | | | | |
| **Post Petition Liabilities:** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 53,805.91 | $ | 0.00 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | | | 0.00 |
| Post-petition Taxes Payable (from Form 2-E) | | 23,009.00 | | 0.00 |
| Post-petition Notes Payable | | 16,022.29 | | 0.00 |
| Other Post-petition Payable(List): | | | | 0.00 |
| **Total Post Petition Liabilities** | $ | 92,837.20 | $ | 0.00 |
| **Pre Petition Liabilities:** | | | | |
| Secured Debt | | 92,511.97 | | 111,078.19 |
| Priority Debt | | 45,463.45 | | 60,527.69 |
| Unsecured Debt | | 147,308.81 | | 158,005.85 |
| **Total Pre Petition Liabilities** | $ | 285,284.23 | $ | 329,611.73 |
| **TOTAL LIABILITIES** | $ | 378,121.43 | $ | 329,611.73 |
| *OWNERS' EQUITY* | | | | |
| Owner's/Stockholder's Equity | $ | 63,138.51 | $ | 63,138.51 |
| Retained Earnings - Prepetition | | 0.00 | | (256,371.75) |
| Retained Earnings - Post-petition | | (117,672.78) | | |
| **TOTAL OWNERS' EQUITY** | $ | (54,534.27) | $ | (193,233.24) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 323,587.16 | $ | 136,378.49 |
| **VARIANCE (ASSETS - LIABILITIES +- CAPITAL) MUST BE $0** | $ | 0.00 | $ | 0.00 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*
**NOTE: IF USING EXCEL, EACH LINE MUST CONTAIN A NUMBER.**

**DEBTOR:** **VALLEY GREEN LANDSCAPING, INC**          **CASE NO:** **18-11216-BFK**

**Form SB-6**
**PROFIT AND LOSS STATEMENT**                                          0.00
**For Period** 02/01/19 **to** 02/28/19

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 171,623.34 | $ | 1,595,735.64 |
| Less: Discounts, Returns and Allowances | ( | 0.00 ) | ( | 0.00 ) |
| **Net Operating Revenue** | $ | 171,623.34 | $ | 1,595,735.64 |
| Cost of Goods Sold | | 45,445.30 | | 1,329,671.16 |
| **Gross Profit** | $ | 126,178.04 | $ | 266,064.48 |
| **Gross Profit Margin** | | 73.52% | | 16.67% |
| **Operating Expenses** | | | | |
| Officer Compensation | $ | 2,916.67 | $ | 52,747.44 |
| Selling, General and Administrative | | 13,589.62 | | 96,553.50 |
| Rents and Leases | | 0.00 | | 0.00 |
| Depreciation, Depletion and Amortization | | 0.00 | | 4,530.00 |
| Other (list): | | 0.00 | | 13,229.88 |
| | | | | 0.00 |
| **Total Operating Expenses** | $ | 16,506.29 | $ | 167,060.82 |
| **Operating Income (Loss)** | $ | 109,671.75 | $ | 99,003.66 |
| **Non-Operating Income and Expenses** | | | | |
| Other Non-Operating Expenses | $ | 0.00 | $ | 0.00 |
| Gains (Losses) on Sale of Assets | | 0.00 | | 27,395.91 |
| Interest Income | | 0.00 | | 0.00 |
| Interest Expense | | 0.00 | | 2,718.09 |
| Other Non-Operating Income | | 0.00 | | 0.00 |
| **Net Non-Operating Income or (Expenses)** | $ | 0.00 | $ | 24,677.82 |
| **Reorganization Expenses** | | | | |
| Legal and Professional Fees | $ | 0.00 | $ | 0.00 |
| Other Reorganization Expense | | 0.00 | | 0.00 |
| **Total Reorganization Expenses** | $ | 0.00 | $ | 0.00 |
| **Net Income (Loss) Before Income Taxes** | $ | 109,671.75 | $ | 123,681.48 |
| Federal and State Income Tax Expense (Benefit) | | 0.00 | | 0.00 |
| **NET INCOME (LOSS)** | $ | 109,671.75 | $ | 123,681.48 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
**NOTE: IF USING EXCEL, ALL LINES MUST CONTAIN A NUMBER.**

**DEBTOR:**   **VALLEY GREEN LANDSCAPING, INC**          **CASE NO:**   **18-11216-BFK**

**Form SB-7**
**DISBURSEMENT SUMMARY**
**For the Month Ended:**   01/31/201912:00:00 AM   #

Total Disbursements from Operating Account (Note 1)          $          32,709.60

Total Disbursements from Payroll Account (Note 2)            $          32,099.08

Total Disbursements from Tax Escrow Account (Note 3)         $               0.00

Total Disbursements from and other Account (Note 4)          $               0.00

**Grand Total disbursements from all accounts**             $          64,808.68

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account.  Exclude only transfers to the debtor in possession operating account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the tax escrow account.  Exclude only transfers to the debtor in possession operating account, the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 4 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtors behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)

## **FEE SCHEDULE**

In accordance with the Bankruptcy Judgeship Act of 2017, Pub. L. No. 115-72, the following website link will take you to schedules which will apply for the calendar quarters beginning January 1, 2018 through September 30, 2018.

www.justice.gov/ust/chapter-11-quarterly-fees

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.   The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

VALLEY GREEN LANDSCAPING, INC

EXHIBIT B      AS OF 02/28/2019

17.  Q.    Have you paid any bills you owed before bankruptcy?

   A.    Yes, SBA  $232.00 monthly

8:46 AM

03/21/19

# Valley Green Landscaping
## A/P Aging Summary
### As of February 28, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ACF Enviromental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Alban Tractor Co. Inc | 0.00 | 0.00 | 0.00 | 0.00 | 1,374.11 | 1,374.11 |
| American Native Plants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BP | 0.00 | 0.00 | 0.00 | 0.00 | -100.00 | -100.00 |
| Cat Financial Commercial | 0.00 | 0.00 | 0.00 | 0.00 | 1,930.32 | 1,930.32 |
| Caterpillar Financial Services | 0.00 | 0.00 | 0.00 | 0.00 | 846.79 | 846.79 |
| Central Sod Farms, Inc. | 1,038.00 | 0.00 | 0.00 | 0.00 | -130.00 | 908.00 |
| Cox Communications | 0.00 | 0.00 | 0.00 | 0.00 | 289.58 | 289.58 |
| Dorthea Sheppard | 0.00 | 0.00 | 0.00 | 0.00 | 3,560.00 | 3,560.00 |
| Dulles Insurance Svs, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 167.89 | 167.89 |
| Erie Insurance Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Exxon/GECC | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 |
| GreenSource Direct, Inc | 0.00 | 0.00 | 159.80 | 0.00 | 11,150.50 | 11,310.30 |
| Hamma Down Enterprises, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 3,339.39 | 3,339.39 |
| Landscape Supply Inc | 0.00 | 0.00 | 0.00 | 0.00 | 335.88 | 335.88 |
| Manassas Topsoil | 0.00 | 0.00 | 2,438.00 | 14,628.00 | 0.00 | 17,066.00 |
| Martin & Gass, Inc R | 0.00 | 0.00 | 0.00 | 0.00 | 3,400.00 | 3,400.00 |
| Matrix Managment Consulting, LLC | 0.00 | 0.00 | 2,500.00 | 0.00 | 9,000.00 | 11,500.00 |
| Office Depot Credit | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 25.00 |
| PNC Bank | 0.00 | 0.00 | 0.00 | 0.00 | 828.64 | 828.64 |
| QMS | 0.00 | 0.00 | 10,520.00 | 0.00 | 0.00 | 10,520.00 |
| Quail Ridge Products | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quill | 384.74 | 0.00 | 0.00 | 0.00 | 0.00 | 384.74 |
| Remington Mulch - South | 0.00 | 0.00 | 0.00 | 0.00 | -143.10 | -143.10 |
| Shell | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Signature Horticultural Services | 0.00 | 0.00 | 0.00 | 0.00 | 2,339.60 | 2,339.60 |
| Sprint | 389.43 | 0.00 | 0.00 | 0.00 | 0.00 | 389.43 |
| State Farm | 0.00 | 0.00 | 0.00 | 0.00 | 162.00 | 162.00 |
| Sunbelt | 0.00 | 0.00 | 0.00 | 0.00 | 10,233.91 | 10,233.91 |
| United Concordia Dental | 0.00 | 0.00 | 0.00 | 0.00 | 356.98 | 356.98 |
| United Health Care | 0.00 | 0.00 | 0.00 | 0.00 | 5,290.82 | 5,290.82 |
| Wells Fargo Card Services | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 | 525.00 |
| **TOTAL** | **1,812.17** | **0.00** | **15,617.80** | **14,628.00** | **54,923.31** | **86,981.28** |

8:47 AM

03/21/19

# Valley Green Landscaping
## A/R Aging Summary
### As of February 28, 2019

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Archer Western | 0.00 | 0.00 | 0.00 | 0.00 | 3,686.53 | 3,686.53 |
| Arthur Construction | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Asha Bhatia-Kumar | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| David Moore | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Department of the Army | 0.00 | 215.00 | 0.00 | 0.00 | 0.00 | 215.00 |
| DOMINION PRODUCTS & SERVICES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Edgington Court HOA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F&L Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Flippo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ft Belvoir DAU | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 |
| General Excavation, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hensel Phelps | 0.00 | 0.00 | 0.00 | 0.00 | 0.51 | 0.51 |
| HOMESERVE | 0.00 | 0.00 | 0.00 | 0.00 | 59.00 | 59.00 |
| Joyce Marshall | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | -150.00 |
| Judlau Contrating, Inc | 29,203.00 | 0.00 | 0.00 | 0.00 | 0.07 | 29,203.07 |
| Lane CC I66 | 0.00 | 0.00 | 0.00 | 0.00 | 7.70 | 7.70 |
| Lane Construction Corp | 0.00 | 0.00 | 377.72 | 277.00 | 230.86 | 885.58 |
| Lane Construction Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NVCC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RSG | 0.00 | 0.00 | 0.00 | 0.00 | 2,165.40 | 2,165.40 |
| Shawn Hawkins -R | 0.00 | 0.00 | 0.00 | 0.00 | 5,325.00 | 5,325.00 |
| SHIRLEY CONTRACTING CORP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Shirley Contracting Linton Hall | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Skanska USA Civil Southeast | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Transurban | 0.00 | 641.70 | 2,775.70 | 0.00 | 0.00 | 3,417.40 |
| Tyrone Pitts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Virginia Dept of Transportatio | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WINKAL Management, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WSSC- 4513 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WSSC Request for Pay 2003 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | **29,203.00** | **2,356.70** | **3,153.42** | **277.00** | **11,326.07** | **46,316.19** |

M&T Bank

FOR INQUIRIES CALL:    FALLS CHURCH
(703) 536-2644

00   0 01377M NM  017



000009538 FIDS1548D01702281902 10 000000          P

VALLEY GREEN LANDSCAPING INC
DEBTOR IN POSSESSION #18-11216-BFK
DAVID B SHEPPARD, TRUSTEE
OPERATING DLA
5833 LEWIS LN
FALLS CHURCH VA 22041

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 8232 | 02/01/19 - 02/28/19 |

| | |
|---|---|
| BEGINNING BALANCE | $21,990.64 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 19,500.26 |
| LESS SERVICE CHARGES | 80.00 |
| ENDING BALANCE | $2,410.38 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2019 | BEGINNING BALANCE | | | $21,990.64 |
| 02/01/2019 | PROD PLUS ACCT PAYMENT    202872327269989 | | $9,500.26 | 12,490.38 |
| 02/08/2019 | SERVICE CHARGE FOR ACCOUNT 000009852868232 | | 80.00 | 12,410.38 |
| 02/27/2019 | CHECK NUMBER    1025 | | 10,000.00 | 2,410.38 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 1 | |

GTR WASHINGTON COMMERCIAL BANK
1 RESEARCH CT SUITE 400 ROCKVILLE MD  20850

8:22 AM

03/21/19

# Valley Green Landscaping
## Reconciliation Summary
### 10050 · DLA Operation, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| **Beginning Balance** | 21,990.64 |
| **Cleared Transactions** | |
| **Checks and Payments - 3 items** | -19,580.26 |
| **Total Cleared Transactions** | -19,580.26 |
| **Cleared Balance** | **2,410.38** |
| **Register Balance as of 02/28/2019** | 2,410.38 |
| **New Transactions** | |
| **Checks and Payments - 4 items** | -140,968.70 |
| **Deposits and Credits - 1 item** | 140,530.00 |
| **Total New Transactions** | -438.70 |
| **Ending Balance** | **1,971.68** |

8:22 AM

03/21/19

## Valley Green Landscaping

## Reconciliation Detail

### 10050 · DLA Operation, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 21,990.64 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 02/01/2019 | | Productivity Plus | X | -9,500.26 | -9,500.26 |
| Check | 02/27/2019 | 1025 | Valley Green Lands... | X | -10,000.00 | -19,500.26 |
| Check | 02/28/2019 | | | X | -80.00 | -19,580.26 |
| Total Checks and Payments | | | | | -19,580.26 | -19,580.26 |
| Total Cleared Transactions | | | | | -19,580.26 | -19,580.26 |
| Cleared Balance | | | | | -19,580.26 | 2,410.38 |
| Register Balance as of 02/28/2019 | | | | | -19,580.26 | 2,410.38 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 03/01/2019 | 1027 | Valley Green Lands... | | -16,500.00 | -16,500.00 |
| Check | 03/01/2019 | 1026 | Ford Credit | | -2,880.00 | -19,380.00 |
| Check | 03/04/2019 | 1028 | Ally Auto | | -1,588.70 | -20,968.70 |
| Check | 03/05/2019 | 1029 | QMS | | -120,000.00 | -140,968.70 |
| Total Checks and Payments | | | | | -140,968.70 | -140,968.70 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 03/01/2019 | | Valley Green Lands... | | 140,530.00 | 140,530.00 |
| Total Deposits and Credits | | | | | 140,530.00 | 140,530.00 |
| Total New Transactions | | | | | -438.70 | -438.70 |
| **Ending Balance** | | | | | **-20,018.96** | **1,971.68** |

**M&T** Bank                                                                 Checking Account Statement

FOR INQUIRIES CALL:    FALLS CHURCH
                       (703) 536-2644

00   0 01377M NM  017

000009537 FIDS1548D01702281902 10 000000          P

**VALLEY GREEN LANDSCAPING INC**
**DEBTOR IN POSSESSION #18-11216-BFK**
**DAVID B SHEPPARD, TRUSTEE**
**PAYROLL DLA**
**5833 LEWIS LN**
**FALLS CHURCH VA 22041**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 8216 | 02/01/19 - 02/28/19 |
| **BEGINNING BALANCE** | $20,354.73 |
| **DEPOSITS & CREDITS** | 10,000.00 |
| **LESS CHECKS & DEBITS** | 22,441.25 |
| **LESS SERVICE CHARGES** | 1.00 |
| **ENDING BALANCE** | $7,912.48 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2019 | BEGINNING BALANCE | | | |
| 02/01/2019 | CORP PAYROLL SVC PAYRLL FEE VGLAND | | | $20,354.73 |
| 02/01/2019 | CORP PAYROLL SVC PAYRLL TAX VGLAND | | $54.75 | |
| 02/08/2019 | SERVICE CHARGE FOR ACCOUNT 000009852868216 | | 3,578.14 | 16,721.84 |
| 02/14/2019 | CORP PAYROLL SVC ER DIR DEP VGLAND | | 1.00 | 16,720.84 |
| 02/15/2019 | CORP PAYROLL SVC PAYRLL FEE VGLAND | | 7,770.60 | 8,950.24 |
| 02/15/2019 | CORP PAYROLL SVC PAYRLL TAX VGLAND | | 54.75 | |
| 02/27/2019 | DEPOSIT | | 3,774.10 | 5,121.39 |
| 02/28/2019 | CORP PAYROLL SVC ER DIR DEP VGLAND | $10,000.00 | | 15,121.39 |
| | NUMBER OF DEPOSITS/CHECKS PAID | | 7,208.91 | 7,912.48 |
| | | 1 | 0 | |

8:19 AM

03/21/19

# Valley Green Landscaping
## Reconciliation Summary
### 10060 · DLA Payroll, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| **Beginning Balance** | 20,354.73 |
| **Cleared Transactions** |  |
| **Checks and Payments - 15 items** | -22,442.25 |
| **Deposits and Credits - 1 item** | 10,000.00 |
| **Total Cleared Transactions** | -12,442.25 |
| **Cleared Balance** | 7,912.48 |
| **Register Balance as of 02/28/2019** | 7,912.48 |
| **New Transactions** |  |
| **Checks and Payments - 1 item** | -3,296.49 |
| **Deposits and Credits - 1 item** | 16,500.00 |
| **Total New Transactions** | 13,203.51 |
| **Ending Balance** | 21,115.99 |

8:20 AM

03/21/19

## Valley Green Landscaping
## Reconciliation Detail
### 10060 · DLA Payroll, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 20,354.73 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| Liability Adjust | 02/01/2019 | | | X | -3,578.14 | -3,578.14 |
| Check | 02/01/2019 | | Corporate Payroll S... | X | -54.75 | -3,632.89 |
| YTD Adjustment | 02/09/2019 | | Bensalah, Abdelhai | X | -2,252.55 | -5,885.44 |
| YTD Adjustment | 02/09/2019 | | Guevara Velasquez,... | X | -1,759.35 | -7,644.79 |
| YTD Adjustment | 02/09/2019 | | Guevara Velasquez,... | X | -1,681.62 | -9,326.41 |
| YTD Adjustment | 02/09/2019 | | Torres Banegas, Ar... | X | -1,261.26 | -10,587.67 |
| YTD Adjustment | 02/09/2019 | | Price Amparo, Aldan... | X | -815.82 | -11,403.49 |
| Liability Adjust | 02/15/2019 | | | X | -3,774.10 | -15,177.59 |
| Check | 02/15/2019 | | Corporate Payroll S... | X | -54.75 | -15,232.34 |
| YTD Adjustment | 02/23/2019 | 20092 | Bensalah, Abdelhai | X | -2,252.54 | -17,484.88 |
| YTD Adjustment | 02/23/2019 | 20093 | Guevara Velasquez,... | X | -1,602.87 | -19,087.75 |
| YTD Adjustment | 02/23/2019 | 20094 | Guevara Velasquez,... | X | -1,338.64 | -20,426.39 |
| YTD Adjustment | 02/23/2019 | 20095 | Torres Banegas, Ar... | X | -1,199.04 | -21,625.43 |
| YTD Adjustment | 02/23/2019 | 20091 | Price Amparo, Aldan... | X | -815.82 | -22,441.25 |
| Check | 02/28/2019 | | | X | -1.00 | -22,442.25 |
| | | | Total Checks and Payments | | -22,442.25 | -22,442.25 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 02/27/2019 | 1025 | Valley Green Lands... | X | 10,000.00 | 10,000.00 |
| | | | Total Deposits and Credits | | 10,000.00 | 10,000.00 |
| | | | Total Cleared Transactions | | -12,442.25 | -12,442.25 |
| Cleared Balance | | | | | -12,442.25 | 7,912.48 |
| Register Balance as of 02/28/2019 | | | | | -12,442.25 | 7,912.48 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Liability Adjust | 03/01/2019 | | | | -3,296.49 | -3,296.49 |
| | | | Total Checks and Payments | | -3,296.49 | -3,296.49 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 03/01/2019 | 1027 | Valley Green Lands... | | 16,500.00 | 16,500.00 |
| | | | Total Deposits and Credits | | 16,500.00 | 16,500.00 |
| | | | Total New Transactions | | 13,203.51 | 13,203.51 |
| **Ending Balance** | | | | | **761.26** | **21,115.99** |



**M&T** Bank

Checking Account Statement

| FOR INQUIRIES CALL: | FALLS CHURCH |
| | (703) 536-2644 |

00   0 01377M NM  017

000009535  FIDS1548D01702281902 10 000000          P

**VALLEY GREEN LANDSCAPING INC**
**DEBTOR IN POSSESSION #18-11216-BFK**
**DAVID B SHEPPARD, TRUSTEE**
**OPERATING ACCOUNT**
**PO BOX 1003**
**FALLS CHURCH VA 22041**

| ACCOUNT TYPE |
| --- |
| M&T SIMPLE CHECKING FOR BUSINESS |

| ACCOUNT NUMBER | STATEMENT PERIOD |
| --- | --- |
| 8125 | 02/01/19 - 02/28/19 |

| | |
| --- | --- |
| BEGINNING BALANCE | $11,321.47 |
| DEPOSITS & CREDITS | 171,623.54 |
| LESS CHECKS & DEBITS | 30,255.54 |
| LESS SERVICE CHARGES | 4.00 |
| ENDING BALANCE | $152,685.47 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 02/01/2019 | BEGINNING BALANCE | | | $11,321.47 |
| 02/01/2019 | BKCD PROCESSING SETTLEMENT  137001001119602 | | $259.47 | |
| 02/01/2019 | BP CC BP EPAY        1788148663 | | 325.00 | 10,737.00 |
| 02/04/2019 | DEPOSIT | $7,172.88 | | |
| 02/04/2019 | In Branch Transfer/Withdrawal | | 3,500.00 | 14,409.88 |
| 02/05/2019 | CHECK NUMBER      3352 | | 34.75 | 14,375.13 |
| 02/06/2019 | TREAS 310 MISC PAY      541484021210043 | 1,010.00 | | |
| 02/06/2019 | CHECK NUMBER      3330 | | 320.00 | |
| 02/06/2019 | CHECK NUMBER      3351 | | 1,625.00 | 13,440.13 |
| 02/07/2019 | CHECK NUMBER      3350 | | 25.00 | |
| 02/07/2019 | CHECK NUMBER      3356 | | 1,351.00 | 12,064.13 |
| 02/08/2019 | CHASE CREDIT CRD EPAY      3963470100 | | 550.00 | |
| 02/08/2019 | CHECK NUMBER      3354 | | 1,148.70 | |
| 02/08/2019 | CHECK NUMBER      3357 | | 321.30 | |
| 02/08/2019 | SERVICE CHARGE FOR ACCOUNT 000009852868125 | | 4.00 | 10,040.13 |
| 02/11/2019 | CHECK NUMBER      3349 | | 45.90 | 9,994.23 |
| 02/12/2019 | CHECK NUMBER      3355 | | 806.47 | 9,187.76 |
| 02/13/2019 | ID TREAS 310 MISC PAY      541484021970088 | 7,940.66 | | |
| 02/13/2019 | BKCD PROCESSING SETTLEMENT  137001001119602 | 2,000.00 | | |
| 02/13/2019 | SELECTIVE PMT SELECTIVE   000001028609106 | | 1,888.00 | |
| 02/13/2019 | CHECK NUMBER      3353 | | 389.31 | |
| 02/13/2019 | CHECK NUMBER      3359 | | 550.00 | 16,301.11 |
| 02/14/2019 | CHECK NUMBER      3360 | | 4,000.00 | 12,301.11 |
| 02/15/2019 | In Branch Transfer/Withdrawal | | 2,000.00 | 10,301.11 |
| 02/19/2019 | BP CC BP EPAY        1801700846 | | 225.00 | |
| 02/19/2019 | IRS USATAXPYMT        270945013361539 | | 2,727.80 | |
| 02/19/2019 | CHECK NUMBER      3358 | | 107.59 | 7,240.72 |
| 02/20/2019 | CHECK NUMBER      3348 | | 47.75 | |
| 02/20/2019 | CHECK NUMBER      3362 | | 3,250.00 | 3,942.97 |
| 02/22/2019 | In Branch Transfer/Withdrawal | | 2,000.00 | |
| 02/22/2019 | CHECK NUMBER      3347 | | 637.50 | 1,305.47 |
| 02/25/2019 | BKCD PROCESSING SETTLEMENT  137001001119602 | 2,000.00 | | |
| 02/25/2019 | BKCD PROCESSING SETTLEMENT  137001001119602 | 2,000.00 | | 5,305.47 |
| 02/26/2019 | TREAS 310 MISC PAY      3QVU897008050 | 149,500.00 | | |
| 02/26/2019 | SBA LOAN PAYMENT        0000 | | 232.00 | |

PAGE 1 OF 2

**M&T** Bank

Checking Account Statement

FOR INQUIRIES CALL:    **FALLS CHURCH**
                       **(703) 536-2644**

| ACCOUNT TYPE |
|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** |

| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|---|---|
| 8125 | **02/01/19 - 02/28/19** |

**VALLEY GREEN LANDSCAPING INC**
**DEBTOR IN POSSESSION #18-11216-BFK**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/26/2019 | SELECTIVE PMT SELECTIVE    000001032633212 | | 1,888.00 | 152,685.47 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 7 | 16 | |

**GTR WASHINGTON COMMERCIAL BANK**
**1 RESEARCH CT SUITE 400 ROCKVILLE MD  20850**

00009555-0012544-Page 2 of 2-D/DS/30119083758447-00112730

9:52 AM

03/19/19

# Valley Green Landscaping
## Reconciliation Summary
### 10030 · M&T Operating, Period Ending 02/28/2019

|  | Feb 28, 19 |
|---|---|
| **Beginning Balance** | 11,321.47 |
| **Cleared Transactions** |  |
| Checks and Payments - 28 items | -30,259.54 |
| Deposits and Credits - 6 items | 171,623.54 |
| **Total Cleared Transactions** | 141,364.00 |
| **Cleared Balance** | **152,685.47** |
| **Uncleared Transactions** |  |
| Checks and Payments - 9 items | -5,299.88 |
| **Total Uncleared Transactions** | -5,299.88 |
| **Register Balance as of 02/28/2019** | **147,385.59** |
| **New Transactions** |  |
| Checks and Payments - 12 items | -157,613.56 |
| Deposits and Credits - 1 item | 7,940.66 |
| **Total New Transactions** | -149,672.90 |
| **Ending Balance** | **-2,287.31** |

9:52 AM
03/19/19

# Valley Green Landscaping
## Reconciliation Detail
### 10030 · M&T Operating, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 11,321.47 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Check | 01/29/2019 | | BP | X | -325.00 | -325.00 |
| Bill Pmt -Check | 02/01/2019 | 3351 | U.S. Trustee | X | -1,625.00 | -1,950.00 |
| Bill Pmt -Check | 02/01/2019 | 3347 | EYE Trucking LLC | X | -637.50 | -2,587.50 |
| Check | 02/01/2019 | 3353 | Sprint | X | -389.31 | -2,976.81 |
| Check | 02/01/2019 | | EvO | X | -259.47 | -3,236.28 |
| Bill Pmt -Check | 02/01/2019 | 3348 | Labcorp | X | -47.75 | -3,284.03 |
| Bill Pmt -Check | 02/01/2019 | 3349 | eVA | X | -45.90 | -3,329.93 |
| Bill Pmt -Check | 02/01/2019 | 3352 | Service Authority | X | -34.75 | -3,364.68 |
| Bill Pmt -Check | 02/01/2019 | 3350 | Fairfax Water | X | -25.00 | -3,389.68 |
| Check | 02/04/2019 | | Valley Green Lands... | X | -3,500.00 | -6,889.68 |
| Bill Pmt -Check | 02/05/2019 | 3356 | Central Sod Farms, ... | X | -1,351.00 | -8,240.68 |
| Check | 02/05/2019 | 3354 | Ford Motor Credit C... | X | -1,148.70 | -9,389.38 |
| Check | 02/05/2019 | 3355 | Caterpillar Financial ... | X | -806.47 | -10,195.85 |
| Check | 02/05/2019 | 3357 | Cox Communications | X | -321.30 | -10,517.15 |
| Check | 02/06/2019 | 3330 | Cash | X | -320.00 | -10,837.15 |
| Check | 02/07/2019 | | David Sheppard | X | -550.00 | -11,387.15 |
| Check | 02/08/2019 | | | X | -4.00 | -11,391.15 |
| Check | 02/12/2019 | | Selective Insurance | X | -1,888.00 | -13,279.15 |
| Check | 02/12/2019 | | Santos Saucedo | X | -550.00 | -13,829.15 |
| Bill Pmt -Check | 02/12/2019 | 3359 | Remington Mulch | X | -107.59 | -13,936.74 |
| Bill Pmt -Check | 02/13/2019 | 3358 | Mickle Lawn Service | X | -4,000.00 | -17,936.74 |
| Check | 02/13/2019 | 3362 | U.S. Trustee | X | -3,250.00 | -21,186.74 |
| Check | 02/14/2019 | | BP | X | -225.00 | -21,411.74 |
| Liability Check | 02/15/2019 | | Internal Revenue Se... | X | -2,727.80 | -24,139.54 |
| Check | 02/15/2019 | | Valley Green Lands... | X | -2,000.00 | -26,139.54 |
| Check | 02/22/2019 | | Valley Green Lands... | X | -2,000.00 | -28,139.54 |
| Check | 02/26/2019 | | Selective Insurance | X | -1,888.00 | -30,027.54 |
| Check | 02/26/2019 | | Small Business Ad... | X | -232.00 | -30,259.54 |
| | | | Total Checks and Payments | | -30,259.54 | -30,259.54 |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 02/04/2019 | | | X | 7,172.68 | 7,172.68 |
| Deposit | 02/06/2019 | | | X | 1,010.00 | 8,182.68 |
| Deposit | 02/13/2019 | | | X | 9,940.66 | 18,123.34 |
| Deposit | 02/25/2019 | | | X | 4,000.00 | 22,123.34 |
| Deposit | 02/27/2019 | | | X | 149,500.00 | 171,623.34 |
| General Journal | 02/28/2019 | petty c... | | X | 0.20 | 171,623.54 |
| | | | Total Deposits and Credits | | 171,623.54 | 171,623.54 |
| | | | Total Cleared Transactions | | 141,364.00 | 141,364.00 |
| Cleared Balance | | | | | 141,364.00 | 152,685.47 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Liability Check | 08/03/2018 | | VA Department of T... | | -1,013.00 | -1,013.00 |
| Liability Check | 08/15/2018 | | Internal Revenue Se... | | -105.03 | -1,118.03 |
| Liability Check | 09/20/2018 | To Print | VA Department of T... | | -815.00 | -1,933.03 |
| Liability Check | 09/20/2018 | 3233 | Laborers' District Co... | | -441.63 | -2,374.66 |
| Liability Check | 09/20/2018 | To Print | Virginia Employment... | | -299.78 | -2,674.44 |
| Liability Check | 09/24/2018 | 3234 | Laborers' District Co... | | -185.54 | -2,859.98 |
| Liability Check | 09/25/2018 | To Print | VA Department of T... | | -1,084.00 | -3,943.98 |
| Check | 11/16/2018 | 3282 | Landscape Supply Inc | | -660.90 | -4,604.88 |
| Bill Pmt -Check | 02/13/2019 | 3361 | Military Publication | | -695.00 | -5,299.88 |
| | | | Total Checks and Payments | | -5,299.88 | -5,299.88 |
| | | | Total Uncleared Transactions | | -5,299.88 | -5,299.88 |
| Register Balance as of 02/28/2019 | | | | | 136,064.12 | 147,385.59 |

9:52 AM

03/19/19

# Valley Green Landscaping

## Reconciliation Detail

### 10030 · M&T Operating, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 12 items** | | | | | | |
| Check | 03/01/2019 | | Valley Green Lands... | | -140,530.00 | -140,530.00 |
| Check | 03/01/2019 | | VAlley Green Lands... | | -2,500.00 | -143,030.00 |
| Check | 03/01/2019 | 3363 | David Sheppard | | -1,500.00 | -144,530.00 |
| Check | 03/01/2019 | | BP | | -425.00 | -144,955.00 |
| Check | 03/01/2019 | | EvO | | -228.39 | -145,183.39 |
| Check | 03/06/2019 | 3364 | Ford Motor Credit C... | | -1,148.70 | -146,332.09 |
| Check | 03/06/2019 | 3365 | Caterpillar Financial ... | | -806.47 | -147,138.56 |
| Check | 03/06/2019 | 3366 | David Sheppard | | -350.00 | -147,488.56 |
| Check | 03/08/2019 | | Valley Green Lands... | | -2,000.00 | -149,488.56 |
| Bill Pmt -Check | 03/09/2019 | 3370 | Mickle Lawn Service | | -5,000.00 | -154,488.56 |
| Check | 03/15/2019 | | Valley Green Lands... | | -2,500.00 | -156,988.56 |
| Check | 03/15/2019 | 3367 | David Sheppard | | -625.00 | -157,613.56 |
| | | Total Checks and Payments | | | -157,613.56 | -157,613.56 |
| | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 03/07/2019 | | | | 7,940.66 | 7,940.66 |
| | | Total Deposits and Credits | | | 7,940.66 | 7,940.66 |
| | | Total New Transactions | | | -149,672.90 | -149,672.90 |
| **Ending Balance** | | | | | **-13,608.78** | **-2,287.31** |

**M&T** Bank



FOR INQUIRIES CALL:    **FALLS CHURCH**
**(703) 536-2644**

00   0 01377M NM  017

000009536 FIDS1548D01702281902 10 000000          P

**VALLEY GREEN LANDSCAPING INC**
**DEBTOR IN POSSESSION # 18-11216-BFK**
**DAVID B SHEPPARD, TRUSTEE**
**PAYROLL ACCOUNT**
**PO BOX 1003**
**FALLS CHURCH VA 22041**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ●●●●8133 | 02/01/19 - 02/28/19 |

| | |
|---|---|
| **BEGINNING BALANCE** | **$2,452.07** |
| **DEPOSITS & CREDITS** | **7,500.00** |
| **LESS CHECKS & DEBITS** | **9,657.83** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$294.24** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/01/2019 | BEGINNING BALANCE | | | $2,452.07 |
| 02/01/2019 | CHECK NUMBER    4249 | | $133.14 | |
| 02/01/2019 | CHECK NUMBER    4251 | | 614.73 | 1,704.20 |
| 02/04/2019 | In Branch Transfer/Deposit | $3,500.00 | | |
| 02/04/2019 | CHECK NUMBER    4252 | | 821.98 | |
| 02/04/2019 | CHECK NUMBER    4253 | | 2,315.55 | 2,066.67 |
| 02/05/2019 | CHECK NUMBER    4250 | | 147.76 | 1,918.91 |
| 02/08/2019 | CHECK NUMBER    4254 | | 156.77 | 1,762.14 |
| 02/12/2019 | CHECK NUMBER    4256 | | 821.99 | 940.15 |
| 02/13/2019 | CHECK NUMBER    4255 | | 614.75 | 325.40 |
| 02/15/2019 | In Branch Transfer/Deposit | 2,000.00 | | |
| 02/15/2019 | CHECK NUMBER    4257 | | 373.59 | 1,951.81 |
| 02/19/2019 | CHECK NUMBER    4259 | | 177.30 | |
| 02/19/2019 | CHECK NUMBER    4260 | | 614.74 | 1,159.77 |
| 02/20/2019 | CHECK NUMBER    4258 | | 118.20 | |
| 02/20/2019 | CHECK NUMBER    4261 | | 821.97 | 219.60 |
| 02/22/2019 | In Branch Transfer/Deposit | 2,000.00 | | 2,219.60 |
| 02/25/2019 | CHECK NUMBER    4263 | | 227.65 | |
| 02/25/2019 | CHECK NUMBER    4265 | | 614.74 | |
| 02/25/2019 | CHECK NUMBER    4266 | | 821.99 | 555.22 |
| 02/26/2019 | CHECK NUMBER    4264 | | 260.98 | 294.24 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 17 | |

00009536-001454C-Page 1 of 1-D/D5d3011908375S9447-00112731

PAGE 1 OF 1

**GTR WASHINGTON COMMERCIAL BANK**
**1 RESEARCH CT SUITE 400 ROCKVILLE MD  20850**

9:56 AM

03/19/19

# Valley Green Landscaping
## Reconciliation Detail
### 10035 · M&T - Payroll, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,452.07 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 17 items** | | | | | | |
| Paycheck | 02/01/2019 | 4252 | Sheppard, Matthew D. | X | -821.98 | -821.98 |
| Paycheck | 02/01/2019 | 4251 | Sheppard, Cheryl L | X | -614.73 | -1,436.71 |
| Paycheck | 02/01/2019 | 4250 | Linares, Mauricio | X | -147.76 | -1,584.47 |
| Paycheck | 02/01/2019 | 4249 | Alfaro, Juan A | X | -133.14 | -1,717.61 |
| Paycheck | 02/04/2019 | 4253 | Sheppard, David B. | X | -2,315.55 | -4,033.16 |
| Paycheck | 02/08/2019 | 4256 | Sheppard, Matthew D. | X | -821.99 | -4,855.15 |
| Paycheck | 02/08/2019 | 4255 | Sheppard, Cheryl L | X | -614.75 | -5,469.90 |
| Paycheck | 02/08/2019 | 4254 | Alfaro, Juan A | X | -156.77 | -5,626.67 |
| Paycheck | 02/15/2019 | 4261 | Sheppard, Matthew D. | X | -821.97 | -6,448.64 |
| Paycheck | 02/15/2019 | 4260 | Sheppard, Cheryl L | X | -614.74 | -7,063.38 |
| Paycheck | 02/15/2019 | 4257 | Alfaro, Juan A | X | -373.59 | -7,436.97 |
| Paycheck | 02/15/2019 | 4259 | Robinson, Antonio L | X | -177.30 | -7,614.27 |
| Paycheck | 02/15/2019 | 4258 | Linares, Mauricio | X | -118.20 | -7,732.47 |
| Paycheck | 02/22/2019 | 4266 | Sheppard, Matthew D. | X | -821.99 | -8,554.46 |
| Paycheck | 02/22/2019 | 4265 | Sheppard, Cheryl L | X | -614.74 | -9,169.20 |
| Paycheck | 02/22/2019 | 4264 | Linares, Mauricio | X | -260.98 | -9,430.18 |
| Paycheck | 02/22/2019 | 4263 | Alfaro, Juan A | X | -227.65 | -9,657.83 |
| Total Checks and Payments | | | | | -9,657.83 | -9,657.83 |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 02/04/2019 | | Valley Green Lands... | X | 3,500.00 | 3,500.00 |
| Check | 02/15/2019 | | Valley Green Lands... | X | 2,000.00 | 5,500.00 |
| Check | 02/22/2019 | | Valley Green Lands... | X | 2,000.00 | 7,500.00 |
| Total Deposits and Credits | | | | | 7,500.00 | 7,500.00 |
| Total Cleared Transactions | | | | | -2,157.83 | -2,157.83 |
| Cleared Balance | | | | | -2,157.83 | 294.24 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/30/2018 | 4195 | Bradford III, Jacob A | | -19.56 | -19.56 |
| Total Checks and Payments | | | | | -19.56 | -19.56 |
| Total Uncleared Transactions | | | | | -19.56 | -19.56 |
| Register Balance as of 02/28/2019 | | | | | -2,177.39 | 274.68 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 14 items** | | | | | | |
| Paycheck | 03/01/2019 | 4270 | Sheppard, Matthew D. | | -821.98 | -821.98 |
| Paycheck | 03/01/2019 | 4269 | Sheppard, Cheryl L | | -614.74 | -1,436.72 |
| Paycheck | 03/01/2019 | 4267 | Alfaro, Juan A | | -251.29 | -1,688.01 |
| Paycheck | 03/01/2019 | 4268 | Linares, Mauricio | | -219.64 | -1,907.65 |
| Paycheck | 03/08/2019 | 4275 | Sheppard, Matthew D. | | -821.99 | -2,729.64 |
| Paycheck | 03/08/2019 | 4274 | Sheppard, Cheryl L | | -614.73 | -3,344.37 |
| Paycheck | 03/08/2019 | 4273 | Linares, Mauricio | | -421.88 | -3,766.25 |
| Paycheck | 03/08/2019 | 4271 | Alfaro, Juan A | | -362.27 | -4,128.52 |
| Paycheck | 03/08/2019 | 4272 | Freeman, Dontavein | | -106.37 | -4,234.89 |
| Paycheck | 03/15/2019 | 4280 | Sheppard, Matthew D. | | -821.97 | -5,056.86 |
| Paycheck | 03/15/2019 | 4279 | Sheppard, Cheryl L | | -614.75 | -5,671.61 |
| Paycheck | 03/15/2019 | 4278 | Linares, Mauricio | | -446.44 | -6,118.05 |
| Paycheck | 03/15/2019 | 4276 | Alfaro, Juan A | | -384.90 | -6,502.95 |
| Paycheck | 03/15/2019 | 4277 | Freeman, Dontavein | | -309.53 | -6,812.48 |
| Total Checks and Payments | | | | | -6,812.48 | -6,812.48 |

9:56 AM

03/19/19

## Valley Green Landscaping
## Reconciliation Detail
### 10035 · M&T - Payroll, Period Ending 02/28/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 03/01/2019 | | VAlley Green Lands... | | 2,500.00 | 2,500.00 |
| Check | 03/08/2019 | | Valley Green Lands... | | 2,000.00 | 4,500.00 |
| Check | 03/15/2019 | | Valley Green Lands... | | 2,500.00 | 7,000.00 |
| | Total Deposits and Credits | | | | 7,000.00 | 7,000.00 |
| | Total New Transactions | | | | 187.52 | 187.52 |
| **Ending Balance** | | | | | **-1,989.87** | **462.20** |

9:56 AM

03/19/19

# Valley Green Landscaping
## Reconciliation Summary
### 10035 · M&T - Payroll, Period Ending 02/28/2019

|  | Feb 28, 19 |  |
|---|---|---|
| **Beginning Balance** |  | 2,452.07 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 17 items | -9,657.83 |  |
| Deposits and Credits - 3 items | 7,500.00 |  |
| **Total Cleared Transactions** | -2,157.83 |  |
| **Cleared Balance** |  | **294.24** |
| **Uncleared Transactions** |  |  |
| Checks and Payments - 1 item | -19.56 |  |
| **Total Uncleared Transactions** | -19.56 |  |
| **Register Balance as of 02/28/2019** |  | **274.68** |
| **New Transactions** |  |  |
| Checks and Payments - 14 items | -6,812.48 |  |
| Deposits and Credits - 3 items | 7,000.00 |  |
| **Total New Transactions** | 187.52 |  |
| **Ending Balance** |  | **462.20** |